UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> STATES OF CALIFORNIA, COLORADO, ) <br> CONNECTICUT, DELAWARE, FLORIDA, ) <br> GEORGIA, HAWAII, ILLINOIS, INDIANA, ) <br> LOUISIANA, MARYLAND, ) <br> MASSACHUSETTS, MICHIGAN, ) <br> MINNESOTA, MONTANA, NEVADA, ) <br> NEW HAMPSHIRE, NEW JERSEY, ) <br> NEW MEXICO, NEW YORK, ) <br> NORTH CAROLINA, OKLAHOMA, ) <br> RHODE ISLAND, TENNESSEE, TEXAS, ) <br> VIRGINIA, and WISCONSIN, and the ) <br> DISTRICT OF COLUMBIA ex rel. ) <br> BRIAN EBERHARD, ) <br> ) <br> Plaintiffs/Relators, ) <br> ) <br> v. ) <br> ) <br> ANGIODYNAMICS, INC., ) <br> ) <br> Defendant. ) | No.: 3:11-CV-556 <br> (VARLAN/SHIRLEY) |

**ORDER**

For the reasons discussed in the Memorandum and Opinion filed contemporaneously herewith, plaintiff-relator Brian Eberhard's Motion for Voluntary Dismissal [Doc. 20] is **GRANTED**, plaintiff-relator's claims against defendant are hereby **DISMISSED**, and the Clerk of Court is **DIRECTED** to close this case. It is further **ORDERED** that plaintiff-relator's Motion for Permanent Sealing or, in the

Alternative, for Redaction [Doc. 21] is **DENIED** and that this case be **UNSEALED** in its entirety.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE